ERIC GRANT
United States Attorney
MATTHEW THUESEN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

MARGARET A. MOESER
Chief, Money Laundering, Narcotics and Forfeiture Section
Criminal Division, U.S. Department of Justice
EMILY COHEN
CAYLEE E. CAMPBELL
KATHERINE NIELSEN
Trial Attorneys
1400 New York Ave NW
Washington, D.C. 20005
Telephone: (202) 514-1263

Attorneys for Plaintiff
United States of America

**FILED**

**Dec 03, 2025**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>PAXFUL HOLDINGS, INC.,<br><br>                    Defendant. | CASE NO. 2:25-cr-235 JAM<br><br>ASSOCIATION OF COUNSEL |

Please associate Department of Justice Trial Attorneys Emily Cohen, Caylee E. Campbell, and Katherine Nielsen as co-counsel of record for the plaintiff in the above-captioned case and add the same Trial Attorneys to the service list of actions.

//

//

//

//

ASSOCIATION OF COUNSEL

1

Dated:  December 3, 2025

ERIC GRANT
United States Attorney

By: _____
MATTHEW THUESEN
Assistant United States Attorney

ASSOCIATION OF COUNSEL

2