# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

FILED
DEC 0 8 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:25-cr-235 JAM |
| Paxful Holdings, Inc. | ) | |
| | ) | |
| _Defendant_ | ) | |

## WAIVER OF AN INDICTMENT

I understand Paxful Holdings, Inc., has been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of Paxful Holdings, Inc.'s rights and the nature of the proposed charges against Paxful Holdings, Inc.

After receiving this advice, Paxful Holdings, Inc., waives its right to prosecution by indictment and consents to prosecution by information.

Date: 12/8/25

_____
_Defendant's signature_

_____
_Signature of defendant's attorney_

Eugene Ingoglia
_Printed name of defendant's attorney_

_____
_Judge's signature_

Chi Soo Kim, United States Magistrate Judge
_Judge's printed name and title_